1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**VAUGHN RAY BRADFORD,**                          CIV S-07-0681-LKK-CMK-P

12                                    Petitioner,   **ORDER**

13

**v.**

14

**D.K. SISTO, et al,**

15

                                    Respondents.

16

17

18          Respondent has requested a thirty-day extension of time in which to file a response to

19  the petition for writ of habeas corpus filed by Petitioner.  GOOD CAUSE APPEARING,

20  Respondent is granted an extension of time to and including June 22, 2007, in which to file a

21  response to the petition for writ of habeas corpus.

22  May 24, 2007

23

24

25                              /s/   **CRAIG M. KELLISON**
                               Craig M. Kellison
26                              UNITED STATES MAGISTRATE JUDGE

27

28     07cv0681 -- Order granting extension of time.wpd
       SA2007301520

       Order
                                        1