IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VAUGHN RAY BRADFORD,** | CIV S-07-0681-LKK-CMK-P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al,** | |
| Respondents. | |

Respondent has requested a second enlargement of time of thirty-days in which to file a response to the petition for writ of habeas corpus filed by Petitioner. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including July 23, 2007, in which to file a response to the petition for writ of habeas corpus.

June 20, 2007

/s/ **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1