1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  VAUGHN RAY BRADFORD,              No. CIV S-07-0681-CMK-P
12         Petitioner,
13      vs.                           ORDER
14  D.K. SISTO, et al.,
15         Respondents.
16  _____/

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to the consent of the parties, this case was before the undersigned for final decision on respondents' motion to dismiss (Doc. 13). Pending before the court is petitioner's request for a certificate of appealability (Doc. 27), filed on February 19, 2008.

Petitioner has timely filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either

1

1  issue a certificate of appealability indicating which issues satisfy the required showing or must
2  state the reasons why such a certificate should not issue.  <u>See</u> Fed. R. App. P. 22(b).  For the
3  reasons set forth in the court's December 20, 2007, order, petitioner has not made a substantial
4  showing of the denial of a constitutional right.
5        Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
6  of appealability is denied.

DATED: February 21, 2008

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE